FILED'06 APR 26 08:39USDC-ORP

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | | |
|---|---|---|
| MAYBELLINE FARMER, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Case No. 04-1684-ST |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| JO ANNE B. BARNHART, Commissioner | ) | |
| of Social Security Administration, | ) | |
| | ) | |
| Defendant. | ) | |

Kimberly K. Tucker
Swanson, Thomas & Coon
820 S. W. 2nd Avenue, Suite 200
Portland, Oregon  97204

Merrill Schneider
Schneider Law Offices
14415 S. E. Stark
P. O. Box 16310
Portland, Oregon  97292

  Attorneys for Plaintiff

Page 1 - ORDER

    Karin J. Immergut
    United States Attorney
    District of Oregon
    Neil J. Evans
    United States Attorney's Office
    1000 S. W. Third Avenue, Suite 600
    Portland, Oregon 97204-2902

    L. Jamala Edwards
    Michael McGaughran
    Social Security Administration
    Office of the General Counsel
    701 Fifth Avenue, Suite 901 M/S 2900
    Seattle, Washington 98104

        Attorneys for Defendant

KING, Judge:

    The Honorable Janice M. Stewart, United States Magistrate Judge, filed Findings and Recommendation on March 28, 2006. The matter is before this court. See 28 U.S.C. § 636(b)(1)(B) and Fed. R. Civ. P. 72(b). No objections have been timely filed. This relieves me of my obligation to give the factual findings de novo review. Lorin Corp. v. Goto & Co., Ltd., 700 F.2nd 1202, 1206 (8th Cir. 1983); See also Britt v. Simi Valley Unified School Dist., 708 F.2d 452, 454 (9th Cir. 1983). Having reviewed the legal principles de novo, I find no error.

    Accordingly, I ADOPT Magistrate Judge Stewart's Findings and Recommendation (#27).

///

///

Page 2 - ORDER

IT IS HEREBY ORDERED that the decision of the Commissioner is REVERSED and the case is REMANDED for further proceedings in accordance with the Findings and Recommendation.

Dated this _____25_____ day of April, 2006.

                                                          /s/ Garr M. King
                                                          Garr M. King
                                                          United States District Judge