FILED'06 JUL 17 14:02 USDC-ORP

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

MAYBELLINE FARMER,
    Plaintiff,

vs.

JoANNE B. BARNHART,
Commissioner of Social Security,
    Defendant.

CV# 04-1684-ST

ORDER FOR EAJA FEES

Based upon the stipulation of the parties, it is hereby ORDERED that attorney fees in the amount of $5425.00 will be awarded to Plaintiff pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412.

DATED this 14 day of July, 2006.

_____
UNITED STATES JUDGE

Presented by:

s/ Merrill Schneider
_____
MERRILL SCHNEIDER
Attorney for Plaintiff
(503) 255-9092